# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_Scott Fitzgerald Fickes_ :

:

_____ :

CIVIL CASE NO: _1:20-cv-196_

(to be supplied by Clerk
of the District Court)

_____ :

(Enter above the full name of
plaintiff in this action)

:

:

v. :

:

_Target Corporation_ :

:

FILED
HARRISBURG. PA

_____ :

FEB 0 5 2020

:

_____ :

Per _____
Deputy Clerk

(Enter above the full name of
the defendant(s) in this action)

:

:

## COMPLAINT

1. The plaintiff _Scott Fitzgerald Fickes_ a citizen of

the County of _Franklin_ State of

Pennsylvania, residing at _133 Fayette Street Fayetteville PA._

wishes to file a complaint under _AO 88_
(give Title No. etc.)
_Subpoena to Appear and Testify at a Hearing or Trial in Civil Action_

2. The defendant is _a Marine Corps veteran, a previous Target employee and a whistleblower (OSHA)_

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) _I have attached documents and statement including examples of labor abuse and retaliation._

4. WHEREFORE, plaintiff prays that _this information will lead to the termination of abusive members of management at the Chambersburg, PA Target store #2241._

_Scott Fitzgerald Hicks_
(Signature of Plaintiff)

 Gmail          **Scott Fickes <scottcustomrosaries@gmail.com>**

## Employer Retaliation
2 messages

**Scott Fickes** <scottcustomrosaries@gmail.com>           Fri, Nov 9, 2018 at 7:28 AM
To: info@whistleblower.org

On Oct. 26, 2018 I was terminated from Target #2241 on allegations of sexual harassment towards a minor. The allegations and the name(s) of the employee(s) were never disclosed to me nor was I given the opportunity to confront any such allegations. Several days later I would learn that the store manager, Alyssa Lautenslager-Williamson, had actually known of the accusation a week in advance and had used this time to write me off without my knowing. Mrs. Lautenslager-Williamson had shared this information with another employee Ramon who then would share this information with several other employees, Damaine and Angel Roberts and Eleanor Murr on the evening of October 23, 2018. I was also given a No trespass order. I feel that this behavior was retaliatory as I've never displayed any violent behavior. I contacted OSHA in late July early August after I was involved in an accident using a motorized cart pusher while moving carts in the parking lot. OSHA had responded by sending a questionare with my name attached and since then Mrs. Lautenslager-Williamson has tried repeatedly to push me out, provoke a physical response, and to have any kind of documentation against me. As a Target employee you are given a five minute window in which to clock in. At an annual review with my Team Leader, Kevin Green, I was notified that I had been documented for being late three times in one week, 2:31pm and twice at 2:33pm, when I was scheduled to begin work at 2:33pm. The No Trespass order I find retaliatory as Mrs. Lautenslager-Williamson knows that my girlfriend and the mother of my son works at the CVS pharmacy located inside the Target so it allowed her the opportunity to punish myself and my family after the fact. Furthermore I have never posed a threat towards any employee to validate a No Trespass order and it's also Target practice that an Assets Protection officer is to escort any individual(s) from the property. No one had escorted me and the AP officer was sitting with other employees in the Team member Service Center and with other employees. I'm guessing the no escort was to test to if I would become violent or boisterous which I did not do. I have documented been documenting Mrs. Lautenslager-Williamson and I also contacted a prior female employee and I also know a current female employee who can attest to sexual misappropriations by the prior mentioned male employee Ramon who is not allowed to conduct interviews of any female applicants by himself as Mrs. Lautenslager-Williamson says, "That's just Ramon being Ramon". Mrs. Lautensager-Williamson also failed to terminate a previous female supervisor after it was discovered that this female was sending sexual videos and pictures to male employee. The practice at #2241 is to use Target policy only when it's convenient, the working environment greatly resembles a union and is single sex environment as the Human Resources team consists of only females including Mrs. Lautenslager-Williamson. I'm not sure as to proper procedure for reporting this employer and I knew that this manager would definitely respond sooner or later. Thank you, Scott F. Fickes

**Scott Fickes** <scottcustomrosaries@gmail.com>           Sat, Dec 1, 2018 at 10:31 AM
To: info@whistleblower.org

Since my termination over a month ago I also have not received my pay for my existing vacation time as well.
[Quoted text hidden]

2 February 2020

I am whistleblower and a Marine Corps veteran who was terminated and banned from Target #2241, Chambersburg, PA, on 26 October 2018. I was accused of sexual harassment by an unknown team member(s) and no other information had been shared with me. I was informed of this accusation on the morning of 26 October 2018 by the Store Team Leader Alyssa Lautenslager Williamson who, along with Raymond Barcelo, were waiting for me as I entered the building and then proceeded to follow me to the time clock and as they passed behind me Alyssa had instructed me to report to her office this occurred at 1101am.  With Raymond present I was informed of the allegations and that a thorough investigation would be conducted. I was asked a few questions none of which was if I knew of any team member who would accuse me. The meeting lasted only a few minutes and shortly after Alyssa went to lunch in a nearby plaza. At 330pm the same day, 26 October 2018 I was called into Alyssa's office and once again with Raymond present, I was notified that a full investigation had been conducted and that I was to be terminated and along with the termination I was to given an order of "No Trespass". I stopped by the pharmacy and informed my girlfriend what had happened and showed her the order of no trespass and I left immediately without any incident and was not escorted by management or the Loss Prevention officer as is required by Target policy. Shortly after I exited the building Alyssa stopped by the CVS pharmacy inside the store and asked my girlfriend, Crystal Cooley, "Hey girl! How is your day?". Prior to my termination Alyssa had sabotaged the employment of the Human Resources manager Cheri Roadcap. Alyssa met with a new District manager and eventually Cheri's name would come up as someone to terminate, fortunately for Cheri her office was adjoined to Alyssa's and she heard everything that was being said and how Alyssa and the new supervisor would terminate Cheri. Prior to that another female supervisor, Lisa Selser, was terminated after other Team leads had contacted Target's Integrity Hotline and falsified a story to have Lisa terminated. I was working on the salesfloor about a month or two after Ms. Selser was terminated and I overheard a Team Leader sharing this story with another team member. The integrity hotline is supposed to be a place for any Target employee to address any and all concerns with honesty. I myself had contacted the integrity hotline shortly at one point during my employment and simply put, any concerns shared with the hotline comes back to the management of your Target location. As a Target employee I learned of sexual misappropriations via overheard conversations and shared information from members of the management team. A previous female Senior Team Leader, McKinsey Bailey, had an ongoing relationship with a male team member of the same location, which included sexual video and photos. Unfortionately this male employee had a girlfriend who would discover these images and videos and would confront this information, ironically neither of the two employees were terminated, reprimanded, suspended or banned. Raymond Barcelo has an extensive list of female accusers including past and current team members and an everyday shopper named Cathy who overheard Raymond making inappropriate comments towards a female employee and even confronted him about those comments. I recently spoke to a female who was a previous Target employee and she stated that Raymond was the reason she quit her employment and stated that Alyssa brushed off any concerns and stated "That's just Raymond being Raymond". There is a bad history between myself and Alyssa and Raymond. On 15 September 2018 during a scheduled shift I was venting to Raymond briefly as was the norm for myself and other team members and during this visit Raymond became combative towards me as he thought I was speaking to his teenaged daughter who was with him. His daughter and I laughed at each other and I returned to work. As I was in the parking lot retrieving carts Raymond had exited the building and proceeded to stare me down from across the parking lot while standing at his vehicle leaning on his car door. This to me was an act of

aggression and one which was witnessed by a previous team member. The history with Alyssa goes back to my second or third week of employment. In December 2014 I was sorting items to return to the salesfloor and a cart that I had been using was being bumped so I pulled the cart towards me as I thought it was rolling away, Alyssa was on the other end of the cart and became upset and yelled at me for pulling the cart out of her hands. I apologized and explained that I didn't know she was there nor did I see her as the working area had a four-sided frame with walls at least 5'6" tall, Alyssa is around 5'2". Alyssa disregarded my apology and purposely stood in my path with her back to me trying to provoke a further altercation. I immediately left the working area, walkied for Cheri and her location and immediately informed her of this exchange and how it was an accident and that I refused to be treated that way and I asked if there was any way I could be transferred to another location. As a cart attendant I was responsible for trying to maintain clean restrooms for the public and on 15 October 2016 a new ETL named Katherine, who under Alyssa's instruction, purposely waited till the end of my scheduled shift and outside my availability, to mandate me to clean the public restrooms which would not be inspected by anyone, prior to my clocking out. On 20 July 2016 I struck a customer's vehicle with the Target's motorized cart while retrieving carts, I contacted OSHA within a few weeks as I had no idea as to if I would have my job or if I would be sued for damages. Prior to this accident myself and others had repeatedly asked for a safety provision and that request was always met with the same response, "Target isn't responsible for what happens in the parking lot". A questionnaire was sent via OSHA and within days a safety provision was obtained by Target and in fact it was a safety provision that Target corporation had removed from their locations, shortly after the safety provision was obtained I was given a final notice for failure to communicate, a right up which I did not know was retaliation for my contacting OSHA. In April 2019 I filed an affadavit with the Baltimore office National Labor Board. 14 January 2017 I worked an impromtu twelve hour shift and in that time I had an agry female shopper take my photo and video of me and when this issue was brought to Alyssa's attention she was combative towards me and did nor said anything to the female who still in the building. Later that evening around 940p Alyssa followed me into the 3239 hall way, a secured access hallway which had the closing money cart unsecured, so Alyssa thought that given my felony record I was going to try and steal money off of this cart. Target policy states that this cart is not to be left unattended outside the money office which Alyssa repeatedly does. 7 April 2017 I returned from my required half hour break and I was immediately confronted by my Team Leader Damaine Roberts, who was instructed by Alyssa, to confront me for not cleaning the restroom while I was on my half hour break. I responded by saying that I was on my break and that I would clean the restroom immediately after returning from my half hour break which I immediately after the confrontation, I had completed. Alyssa has a habit of sharing with female team members and Leah Webber how "Us sisters have to stick together and look out for another. Look at the world today, that's what happens when you let men in charge". The summer of 2017 the Chambersburg Target had a temporary Store manager named Brian while Alyssa was on maternity leave and for whatever reason Alyssa was suspicious of this man and felt her job was in jeopardy, which led to Alyssa using a female team member and via phone, Alyssa accessed confidential information on this male employee via Targets computers giving the female team member all the necessary information via phone and then remained on the phone to guide the employee where to look for any and all information. In April 2015 I received an annual review from a supervisor, Kevin Greene, handed down from Alyssa giving me a negative feedback for three instances where I clocked in 1-3 minutes after my scheduled time. Target policy allows for a team member to clock in up to five mins before or after the scheduled time without being considered late (I.e. 230p scheduled time/ clock in:

235p) I clocked in 231, 233, 233. These are just several instances of a daily working experience at Target #2241. Shortly after my termination I learned that at least a week before my termination Alyssa had several private conversations and meetings with an unknown female(s)/ team members in regards to my supposed sexual harassment and I was purposely kept uninformed. October 2018, Raymond Barcelo was witnessed by Lisa Selser, following me and documenting my movement and times throughout my work shift. Between 7-745p 21 Oct 2018 I witnessed Raymond talking to Damaine Roberts, Damaine's wife Angel and Ellie Murr who all were watching me outside the cart doors as I spoke to Ms. Selser when Raymond immediately instructed me to "Get on a register". I responded that there were no guests for me to check out. Raymond responded "Just get on a register". Alyssa worked previously for Target as an HR manager and therefore had access to my employment records. She knew I was a convicted felon with female accusers. She also knew that my two prior employers I had female site management who both terminated and banned me, Alyssa just followed suit. Alyssa knew I had over 61 hours of unused vacation time and having sabotaged her own HR manager she knew she could easily generalize any allegations and having worked previously as an HR she could also claim that she effectively mediated both sides of the conversation and save the company some money, the banning was personal as my girlfriend of ten years and the mother of my two children works inside the location at the CVS pharmacy. September or October 2019 Alyssa confronted my girlfriend, 5 mo. pregnant at the time, "Crystal all of the Target team members are to park in the designated parking area" My girlfriend responds "I work for CVS Alyssa" Alyssa responds "Really Crystal, really?". I witnessed a young man named Nate Martin terminated for sexual harassment after he was coached for nearly a month and he was never banned. I've witnessed so much and I knew that eventually the day would come when I would have to answer for my contacting OSHA. Alyssa Lautenslager Williamson takes female employees under her wing, especially young ones, to show them how they together can manage male employees. Ellie Murr for example has become a member of the management team having worked for the company only three years, I was active in helping Loss Prevention and easily could have been promoted or even sent for training and relocated, but was not. I recently contacted Target's VP of operations providing my day time, cell phone and email contact, that was responded with a request for my contact info. Alyssa uses female team members as payback for her (Alyssa) helping them with a situation. Alyssa has purposely ignored sexual harassment towards female employees especially if it's Raymond Barcelo. Alyssa and Raymond both violated company policy with my termination as Angel and Damaine Roberts, Ellie Murr and Raymond Barcelo all new of my allegations before me and now Alyssa has targeted my girlfriend's employment. First the "How are you", secondly "Oh you can't park there". Alyssa has stated "I'm a perfectionist, I'm both Queen B's and I don't do vulnerability". All this over a cart attendant and a questionaire sent from the Federal Government.

Scott Fitzgerald Fickes

UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD
REGION 5
BANK OF AMERICA CENTER, TOWER II
100 S. CHARLES STREET, SUITE 600
BALTIMORE, MD 21201

Agency Website: www.nlrb.gov
Telephone: (410) 962-2822
Fax: (410) 962-2198

June 14, 2019

Mr. Scott Fickes
466 East King Street
Chambersburg, PA 17201-1616

Re:     Target Corporation
        Case 05-CA-239649

Dear Mr. Fickes:

We have carefully investigated and considered your charge that Target Corporation has violated the National Labor Relations Act.

**Decision to Dismiss:** Based on that investigation, I have decided to dismiss your charge because there is insufficient evidence to establish a violation of the Act.

**Your Right to Appeal:** You may appeal my decision to the General Counsel of the National Labor Relations Board, through the Office of Appeals.

**Means of Filing**: An appeal may be filed electronically, by mail, by delivery service, or hand-delivered. To file electronically using the Agency's e-filing system, go to our website at www.nlrb.gov and:

1)  Click on E-File Documents;
2)  Enter the NLRB Case Number; and,
3)  Follow the detailed instructions.

Electronic filing is preferred, but you also may use the enclosed Appeal Form, which is also available at www.nlrb.gov. You are encouraged to also submit a complete statement of the facts and reasons why you believe my decision was incorrect. To file an appeal by mail or delivery service, address the appeal to the **General Counsel** at the **National Labor Relations Board, Attn: Office of Appeals, 1015 Half Street, S.E., Washington, DC 20570-0001**. Unless filed electronically, a copy of the appeal should also be sent to me.

The appeal MAY NOT be filed by fax or email. The Office of Appeals will not process faxed or emailed appeals.

**Appeal Due Date:** The appeal is due on **June 28, 2019**. If the appeal is filed electronically, the transmission of the entire document through the Agency's website must be completed **no later than 11:59 p.m. Eastern Time** on the due date. If filing by mail or by delivery service an appeal will be found to be timely filed if it is postmarked or given to a delivery service no later than June 27, 2019. **If an appeal is postmarked or given to a delivery service on the due date, it will be rejected as untimely.** If hand delivered, an appeal must be

Target Corporation                                   - 2 -                                        June 14, 2019
Case 05-CA-239649

received by the General Counsel in Washington D.C. by 5:00 p.m. Eastern Time on the appeal due date. If an appeal is not submitted in accordance with this paragraph, it will be rejected.

**Extension of Time to File Appeal:** The General Counsel may allow additional time to file the appeal if the Charging Party provides a good reason for doing so and the request for an extension of time is **received on or before June 28, 2019.** The request may be filed electronically through the *E-File Documents* link on our website www.nlrb.gov, by fax to (202) 273-4283, by mail, or by delivery service. The General Counsel will not consider any request for an extension of time to file an appeal received after June 28, 2019, **even if it is postmarked or given to the delivery service before the due date.** Unless filed electronically, a copy of the extension of time should also be sent to me.

**Confidentiality:** We will not honor any claim of confidentiality or privilege or any limitations on our use of appeal statements or supporting evidence beyond those prescribed by the Federal Records Act and the Freedom of Information Act (FOIA). Thus, we may disclose an appeal statement to a party upon request during the processing of the appeal. If the appeal is successful, any statement or material submitted with the appeal may be introduced as evidence at a hearing before an administrative law judge. Because the Federal Records Act requires us to keep copies of case handling documents for some years after a case closes, we may be required by the FOIA to disclose those documents absent an applicable exemption such as those that protect confidential sources, commercial/financial information, or personal privacy interests.

Very truly yours,

*/s/ Sean R. Marshall*

Sean R. Marshall
Acting Regional Director

Enclosure: Appeal Form

cc:     Ms. Alyssa Lautenslager-Williamson
        Store Team Leader
        Target Corporation
        913 Norland Avenue
        Chambersburg, PA 17201-4213

        Mr. Aaron Tharpe
        Sr. Director, Labor & Employment
        Target Corporation
        33 South 6th Street, CC-1810
        Minneapolis, MN 55402

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Scott F. Fickes<br>133 Fayette Street<br>Fayetteville, PA 17222 | From: | Philadelphia District Office<br>801 Market Street<br>Suite 1300<br>Philadelphia, PA 19107 |
|---|---|---|---|

| | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No.<br><br>530-2019-05844 | EEOC Representative<br>**Legal Unit,**<br>**Legal Technician** | Telephone No.<br><br>(267) 589-9700 |
|---|---|---|

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Jamie R. Williamson*                                   11/05/2019

| Enclosures(s) | **Jamie R. Williamson,**<br>**District Director** | *(Date Mailed)* |
|---|---|---|

cc:   **TARGET CORPORATION**

   **Christopher Jordan, Lead Employee Relations**
   **Paralegal (for Respondent)**